[No. 29914-0-I.   Division One.   November 30, 1992.]

*In the Matter of the Marriage of* JANELL STANDLEY, *Respondent, and* BILL L. STANDLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-3-03783-7, Murray McLeod, J. Pro Tem., entered December 27, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 29010-0-I.   Division One.   November 30, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. SYLVESTER KELLUM, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-01276-4, Richard J. Thorpe, J., entered August 15, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 28097-0-I.   Division One.   November 30, 1992.]

*In the Matter of the Marriage of* SUSAN L. HELTON, *Appellant, and* DOUGLAS HELTON, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80-3-10885-2, Robert E. Dixon, J., entered March 4, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Coleman, J., concurred in by Scholfield and Forrest, JJ.